In The United States District Court
For The Middle District of Florida
Ocala Division

Christopher Lancaster
Plaintiff

vs.

Warden Whithers
USP Coleman (1)
Defendants

Motion
18 USC 3582(a)
Motion To Expedite First Step ~~Act~~
To Expedite Halfway House Terms

Case No. 5:22-cv-572-SPC-PRL

Since 2010 I Plaintiff have been denied access the Programming; Deliberate Indifference To Programming Education; ACE Programs; R-DAP; which was Court mandated.

1. Due to fact I Plaintiff Christopher Lancaster (25878-056) have Been Purposely Transferred To All (ACTIVE) U.S. Penitentiary Since 2010. It is known By Co Rand Prarie; Region; And The Current U.S.P. I'm Housed That I Have (Rule 35) For Assistance of Government; which mean That I Cannot Safely Walk (or) Remain In General population For (OVER)(30) Day until I'm Forced To Present Court Document Consisting of "Docket Sheet"; Sentencing Transscripts To Prove I Have Not Cooperated with Law Enforcement.

2. Each Individual Penitentiary I have Been Transferred To "Eleven (11) Total Since 2010 I have Been Given The Exact Same Results.

Page (1)

DUE TO the fact the Federal Penitentiary (openly) allows inmates to participate in I'm forced within (30) Thirty day max to enter the Special Housing unit (SHU) where until the Obama administration I would remain in (SHU) for Six(6)-(8)Eight months Now its (120) One hundred Twenty days max, whether I order for my transcripts (or) not. At several Penitentiaries Inmates are allowed by Penitentiary Unit Teams of that Penitentiary to Go into Case Managers Office and Review "New Arrival (PSI) File to Ensure that New Arrivals Did Not Cooperate with Federal Law Enforcement

3. Due to these facts I was unable to properly Program from 2010- 2022 Since from 2010 I've Been Sent to.

(1) McCreary USP; (2) Coleman(1) USP x 2; (3) Hazelton USP x 2; (4) Terrehaute USP;(5) Victorville USP; (6) Florence USP; (7) Cannon USP;(8) Allenwood USP; (9) Beumont USP; Again Back to Hazelton & Coleman 4.

4) As of today I'm at Coleman 4 USP once more and have Been Given (30) Days to have Documents Sent from Court, in order) to Remain in General population; which means Again I Cannot Program

ASSAULTS

Since 2010 I've Been Stabbed, Beaten, Attempted Rape, Property Stolen 5 times; All do to fact I was Sent to Active Penitentiary (And) Inmate Became Aware I'd cooperated So these are the incidents that occurred.

(2)

Half way House Time Remaining In Prison Now:

I Now Have (10) Ten months Remaining In Prison And I'm Being only OFFERED (90) DAYS Half way House. They're Purposely Stalling I've Been Here 2 month Half way House Has (Not Been Submitted)

I've Been Incarcerated Over 12 Years I Qualify For "First Step Act; 2nd Chance Act"; which Automatically Ensures me ONE (1) Year Half way House But I'm Being Denied Due to Fact of "Lack of Programming" I'm Asking The Court For Assistance To Help me Recieve At Least (7) months Half way House For "Recividism purposes"

There Is No Way Plantiff Has Been Incarcerated For (13½) Thirteen And A half years And Is Expected To Remain Recividism Free with only (3) Three months Half way House.

REASON:

DUE TO Plantiff PAST Incident History "WRITE UP" DUE TO LACK OF programming I'm Being Denied (1 YEAR) Half way House. I Have (10) month Remaining According To (Fair Sentencing Act 2010-2018) Inmate PAST HISTORY (OR) Characteristics Does Not Suppose To Apply when Factoring Half way House.

Plantiff Has Been Sanctioned Properly By FBOP. Good Time Loss; DHO; DAYs In (Shu); "Loss of Privalages; Half way House Is Not Suppose To Now Factor In

PAGE (3)

According to 18 USC 3162 360 Section First Step Act (Any) Inmate That Has Been Incarcerated For (120) month (10) Ten Years Or More "Shall Recieve (1 Year) One Year Halfway House.

The Fact That Plantiff Is Homeless; With No Contact with Immediate Family In (10) Years Due To Psychological Issues; He Need 1 Year To Adapt To Society Anything Less Is Setting Him Up For Failure. Psychological; PTSD, Anxiety, Depression, Isolation Syndrome; Suicide Attempts

Retaliation:

Plantiff was Court Ordered To Take R-DAP By Judge

For Reasons Beyond His Control He Was Denied He Was Never Interviewed Nor Counseled Never Signing A Refusal Simply He Was Never Put In To Be Sent By Tucson USP

Instead

When Plantiff Neared (18 month) He Was Sent To (Non Residential Facility) Hazelton where He Was Told He Was (Time Barred) Not Able To Recieve True

* 1 Year Halfway House If He Took R-DAP Papers Were Signed Plantiff Asked Hazelton USP To Take Non Residential R-DAP For (90) Days To Recieve Year

Page (3)

Halfway House He was Denied - sent to Coleman 1 USP

## Conclusion:

Now Plantiff again is at ACTIVE USP unable to Properly Program due to He Has (30) days to Produce Sentencing Transscript DocketSheet If Not He will Have to Go to Shu By Force By Inmate The (USP) will Allow This He's Being Diliberate Indifference to Programming (But) This Same Rule is Being Used against Him to Deny Him Adequate Halfway House Elidigibility.

Plantiff Ask The Court to assist Granting Him Do To Situation Beyond His Centrell (7) month Halfway House Mandatory to assist Him to Properly Adapt @ Be able To Function In Society once Released From Halfway House Under 28 USC 3582 (a)

Under The Penalty of Perjury Persuant To 28 USC 1746 That the Forgoing Is True And Correct Signed on The 14th Day of November Year 2022

Christopher Lancaster
258 78056

Date 11/14/22            Page (5)

In the United States District Court
For the Middle District of Florida
Ocala Division

Christopher Lancaster
Plaintiff
vs.

Warden Whitters
USP Coleman (1)
Defendent

Affidavit of Christopher Lancaster

Case No. _____

## Affidavit of Christopher Lancaster

1.) I'm Above The Age of 18 Years of Age

2.) This Affidavit Was Written Here At USP Coleman (1)

(3) For Ten (10) Years I've Been Transferred To Eleven (11) Active USP with a Result of me Not Being Able To Properly Program (Because) Each US Penitentiary openly allows Inmate to Force New Arrivals to Produce within (30) Day of Arrival Dockets Sheets; Sentencing Transcripts

(4) For Over (10) Years I've Spent more Time In Special Housing Unit (SHU) Than In General Population Because I Have (Rule 35) And

cannot remain in general population at any of the eleven Penitentiary I've been housed because of the prison politics that the administration (openly) allows

(5) I've been stabbed, beaten, attempted raped, and robbed over 5 times due to fact inmate learned about previous cooperation while I was in general population at these eleven (11) USP for my first (30) thirty days

(6) I've developed PTSD; Isolation Syndrome, Anxiety; Depression; Attempted Suicide

7. I have (10) ten months remaining in Prison Federal (but) I've been incarcerated (13 years) and under the First Step Act I qualify (but) my unit team only wants to grant me (3) month (90) days max Halfway House; Reason they're using my past programming; and disciplinary record to justify their action

8) 95 % percent of Incident Reports for Plantiff he was forced to live due to fact he by prison politics could not remain in general population over (30) days

(9) Plantiff has no programming due to fact he's spent nearly (10) years in Special Housing Unit apposed to general population

10) Plantiff was Court Ordered mandated by sentencing Judge to take R-dap Residential Drug Program If Plantiff Had Taken R-DAP

11) Plantiff would Have Been Eligible For Release August 19th 2022 But For Reasons unknown Plantiff was Denied R-DAP Never Interviewed So Now He's Time Barred

12) Plantiff Because of (FBOP) Overlook He's Being Denied (1 Year) Half way House Plantiff Ask To Take Non Residential R-DAP. At Hazelton A (90) Day Course He was Denied

13) Plantiff Has (10) Ten months Remaining In Prison He's Homeless; No Family Contact In (10) Years) He Has Psychological Issues And USP Coleman (9) Is only Offering Him (90) Days Halfway House After He Been Incarcerated over 13½ Years

14. Plantiff Is Asking The Court To assist And order Christopher Lancaster To Recieve At least (7) Seven months Half way House To Assist with Recividism Rate @ To Help Him adjust To Society

Under The Penalty of Perjury Pursuant To 28 USC 1746 That The Foregoing Is True And Correct Signed on The 14th Day of November Year 2022

Christopher Lancaster
20878056

Date - 11/14/22