UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTOPHER LANCASTER,

    Petitioner

v.                                               CASE NO:  5:22-cv-572-SPC-PRL

WARDEN, FCC COLEMAN-USP I,

    Respondent.
_____/

**<u>ORDER</u>**[1]

    This matter comes before the Court on review of the file.  Petitioner, a federal prisoner, initiated this *pro se* action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 on November 17, 2022.  (Doc. 1).  But Petitioner did not accompany the petition with the $5.00 filing fee or a request to proceed *in forma pauperis*.  The Court's Standing Order warned Petitioner that his case would be dismissed without further notice if he did not pay the filing fee or move to proceed *in forma pauperis* within thirty days of initiating this case.  (Doc. 2); *see also* Local Rule 6.04(b) (authorizing dismissal of a case by an incarcerated Petitioner who fails to pay the filing fee or move for *in forma*

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

*pauperis* status). Petitioner has missed that deadline—he has neither paid the filing fee nor moved for *in forma pauperis* status.

The Court thus dismisses this case without prejudice. Because the dismissal is without prejudice, Petitioner may pursue a new case by filing a new complaint—not using this case number—and include the filing fee or motion to proceed *in forma pauperis*.

Accordingly, it is

**ORDERED:**

(1) This above-captioned case is **DISMISSED without prejudice** for failure to comply with a Court order and failure to prosecute.

(2) The Clerk is **DIRECTED** to deny as moot any pending motions and close the file.

**DONE AND ORDERED** in Ocala, Florida on February 3, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record